STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7234
    Kristina.green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TAM NGUYEN,<br><br>    Defendant. | NO. 20-CR-407 WHO<br><br>NOTICE OF DISMISSAL |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against TAM NGUYEN without prejudice.

DATED: September 16, 2022                         Respectfully submitted,

                                                              STEPHANIE M. HINDS
                                                              United States Attorney

                                                              */s/ Thomas A. Colthurst*
                                                              THOMAS A. COLTHURST
                                                               Chief, Criminal Division

ORDER

Leave is granted to the government to dismiss without prejudice the Information against TAM NGUYEN.

Date: September 19, 2022

_____
HON. WILLIAM H. ORRICK
United States District Judge